1 Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
2
Dana B. Salmonson
3 Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
4
Noel M. Hicks
5 Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
6 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
7 Suite 1500
3800 Howard Hughes Parkway
8 Las Vegas, NV 89169
Telephone: 702.369.6800
9 Fax: 702.369.6888

*Attorneys for Defendant Official Security, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHANICE WORTHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICIAL SECURITY, INC., a Nevada corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00597-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Shanice Wortham ("Plaintiff") and Defendant Official Security, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due May 12, 2021. The parties request an extension of time up to and including June 2, 2021 in which to respond as Defendant has just been retained in this case. This is the parties' first request for an extension of time.

. . .

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 12th day of May, 2021.

JENNINGS & FULTON, LTD.

/s/ *Adam R. Fulton*
Adam R. Fulton
Nevada Bar No. 11572
Logan G. Willson
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, NV 89146
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this 12th day of May, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Noel M. Hicks
Nevada Bar No. 13893
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2021

2