Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Official Security, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHANICE WORTHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICIAL SECURITY, INC., a Nevada corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00597-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Shanice Wortham ("Plaintiff") and Defendant Official Security, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due June 2, 2021. The parties request an extension of time up to and including June 16, 2021 in which to respond as Defendant has just been retained in this case. This is the parties' second request for an extension of time. The parties first requested an extension of time on May 12, 2021. Now, the parties are

exploring whether early resolution is possible and, as such, would like the additional time to explore the same.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 2nd day of June, 2021.                    DATED this 2nd day of June, 2021.

JENNINGS & FULTON, LTD.                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

s/ Adam R. Fulton                                    s/ Dana B. Salmonson
Adam R. Fulton                                       Anthony L. Martin
Nevada Bar No. 11572                                 Nevada Bar No. 8177
Logan G. Willson                                     Dana B. Salmonson
Nevada Bar No. 14967                                 Nevada Bar No. 11180
2580 Sorrel Street                                   Noel M. Hicks
Las Vegas, NV 89146                                  Nevada Bar No. 13893
*Attorneys for Plaintiff*                            Wells Fargo Tower
                                                     Suite 1500
                                                     3800 Howard Hughes Parkway
                                                     Las Vegas, NV 89169
                                                     *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 2, 2021

47330090.1

2