# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANICE WORTHAM,

    Plaintiff(s),

v.

OFFICIAL SECURITY, INC.,

    Defendant(s).

Case No. 2:21-cv-00597-JCM-EJY

**Order**

On May 12, 2021, the Court set an early neutral evaluation for August 10, 2021. Docket No. 9. Since that time, the Court has granted the parties' request to stay the case until July 30, 2021, and to extend the deadline for Defendant to respond to the complaint to August 13, 2021. Docket No. 15. In the Court's experience, early neutral evaluations are most productive if conducted after a response to the complaint has been filed and after the exchange of initial disclosures. *See* Local Rule 16-6(f)(1)(H).

Accordingly, the early neutral evaluation as currently set is hereby **VACATED**.[1] In the event settlement discussions are unsuccessful, the parties must file—by August 6, 2021—a stipulation to reset the early neutral evaluation with five dates after initial disclosures will be exchanged on which all participants are available.

IT IS SO ORDERED.

Dated: June 24, 2021

                                                   Nancy J. Koppe
                                                 United States Magistrate Judge

---

[1] Given the circumstances of this case, good cause exists to hold the early neutral evaluation more than 90 days after Defendant first appeared in the case. *See* Local Rule 16-6(d).

1