Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Official Security, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHANICE WORTHAM, an individual, | Case No.:  2:21-cv-00597-JCM-EJY |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| OFFICIAL SECURITY, INC., a Nevada corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff Shanice Wortham and Defendant Official Security, Inc., by and through their respective undersigned counsel of record, hereby give notice that the above-referenced matter has been resolved.

. . .

. . .

. . .

. . .

. . .

1  A stipulated dismissal and any other closing documents will be filed with the Court within thirty (30) days.

DATED this 27th day of July, 2021.

JENNINGS & FULTON, LTD.

/s/ *Logan G. Willson*
Adam R. Fulton
Nevada Bar No. 11572
Logan G. Willson
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, NV 89146
*Attorneys for Plaintiff*

DATED this 27th day of July, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Noel M. Hicks
Nevada Bar No. 13893
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

2